UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

George Lussier Enterprises,
Inc., et al.

v.                                          Civil No. 99-cv-109-PB

Subaru of New England, Inc.,
et al.

O R D E R

Defendants' Bill of Costs (document no. 432), as supplemented (document no. 433), is before me for decision. After reviewing the Bill of Costs, Plaintiffs' specific objections, and Defendants' responsive letter dated May 16, 2005, I have identified the following issues that should be further addressed by the parties before costs are taxed: (1) whether the Defendants have waived their request for costs as to those items in their Bill of Costs to which the Plaintiffs filed specific objections, but to which the Defendants chose not to address in their responsive letter "in the spirit of cooperation" (see document no. 439 at 1); (2) whether the Plaintiffs gave the Defendants free copies of deposition transcripts, and if so, which transcripts were provided and to whom; and (3) whether the Defendants have demonstrated that the amount that they request in

their Bill of Costs for "postage" pertains to recoverable charges under 28 U.S.C. § 1920 that were necessarily obtained for use in the case. The parties are directed to make further submissions pertaining to these issues, with supporting documentation (i.e., affidavits, invoices, receipts), within ten days.

    **SO ORDERED.**

                                            James R. Muirhead
                                            United States Magistrate Judge

Date: February 9, 2006

cc:  Richard B. McNamara, Esq.
     William A. Kershaw, Esq.
     Howard M. Cooper, Esq.
     Michael C. Harvell, Esq.
     Steven W. Kasten, Esq.
     Ronald L. Snow, Esq.